IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY KENNETH FADIO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| *Acting Commissioner of Social Security*, | : | |
| *Defendant*. | : | **No. 14-994** |

## O R D E R

**AND NOW**, this 26th day of February, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 7) and Defendant's Response to Request for Review of Plaintiff (Docket No. 9), and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Docket No. 10), to which <u>no objections</u> were filed by either party, it is hereby **ORDERED**:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation.

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE